

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 25 2013

JULIA C. DUDLEY, CLERK
BY: /s/
   DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| ZHENLI YE GON, | ) |
| Petitioner, | ) Case No. 7:11-cv-00575 |
| v. | ) **ORDER AND FINAL JUDGMENT** |
| ERIC HOLDER, JR., et al., | ) By: James C. Turk |
| Respondents. | ) Senior United States District Judge |

For the reasons set forth in the accompanying Memorandum Opinion, Respondents' Motion to Dismiss Certain Federal Respondents, ECF No. 102, is hereby **GRANTED** and Attorney General Eric Holder, Jr., U.S. Marshal Edwin D. Sloane, and the U.S. Secretary of State are hereby **DISMISSED** from the case.

Additionally, the Court **DENIES** Petitioner's Amended Petition for a Writ of Habeas Corpus Pursuant to 18 U.S.C. § 2241 (ECF Nos. 63, 82 (Claim 6A) and 91 (Claim 6B)), **ENTERS FINAL JUDGMENT** in favor of Respondents and **STRIKES** this case from the Court's active docket. The third part of Claim 1 and Claim 6A are **DENIED WITHOUT PREJUDICE** and the remaining claims are **DENIED WITH PREJUDICE.**

Additionally, the Court hereby **STAYS** the extradition of Petitioner for a period of thirty days in order to allow him an opportunity to file a notice of appeal and to seek a further stay from this Court or the U.S. Court of Appeals for the Fourth Circuit, should he so choose.

ENTER: This 25th day of November, 2013.

/s/ James C. Turk
James C. Turk
Senior United States District Judge