CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA

JAN 17 2014

JULIA C. D___, CLERK
BY:
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ZHENLI YE GON, | ) | |
| | ) | Case No. 7:11-cv-00575 |
| Petitioner, | ) | |
| | ) | **AMENDED ORDER AND** |
| v. | ) | **FINAL JUDGMENT** |
| | ) | |
| ERIC HOLDER, JR., et al., | ) | By: James C. Turk |
| | ) | Senior United States District Judge |
| Respondents. | ) | |

For the reasons set forth in the accompanying Amended Memorandum Opinion, Respondents' Motion to Dismiss Certain Federal Respondents, ECF No. 102, is hereby **GRANTED** and Attorney General Eric Holder, Jr., U.S. Marshal Edwin D. Sloane, and the U.S. Secretary of State are hereby **DISMISSED** from the case.

Additionally, the Court **DENIES** Petitioner's Amended Petition for a Writ of Habeas Corpus Pursuant to 18 U.S.C. § 2241 (ECF Nos. 63, 82 (Claim 6A) and 91 (Claim 6B)), **ENTERS FINAL JUDGMENT** in favor of Respondents and **STRIKES** this case from the Court's active docket. The third part of Claim 1 and Claim 6A are **DENIED WITHOUT PREJUDICE** and the remaining claims are **DENIED WITH PREJUDICE**. The basis for the Court's rulings are set forth in both the accompanying Amended Memorandum Opinion and the Memorandum Opinion addressing Petitioner's Motion to Amend/Correct, entered this same day.

Additionally, the Court hereby **STAYS** the extradition of Petitioner during the pendency of his appeal before the United States Court of Appeals for the Fourth Circuit.

ENTER: This 17th day of January, 2014.

James C. Turk
Senior United States District Judge